01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

06 QIAN CHEN,                                              )   CASE NO.: C08-0427-RSL
                                                          )
07        Plaintiff,                                       )
                                                          )
08        v.                                               )   ORDER DENYING APPLICATION
                                                          )   TO PROCEED *IN FORMA PAUPERIS*
09 RICARDO S. MARTINEZ,                                    )   AND DISMISSING CASE
                                                          )
10        Defendant.                                       )
   _____                )

11

12        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

13 Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find

14 and Order:

15        (1)      The Court adopts the Report and Recommendation;

16        (2)      Plaintiff's Application to Proceed *in forma pauperis* is DENIED;

17        (3)      Plaintiff's Complaint and this action are DISMISSED with prejudice; and,

18        (4)      The Clerk is directed to send copies of this Order to Plaintiff and to Judge Theiler.

19        DATED this 5th day of May, 2008.

20

21                                                        Robert S. Lasnik
                                                         United States District Judge

22

ORDER DENYING APPLICATION TO PROCEED
*IN FORMA PAUPERIS* AND DISMISSING CASE